SEABOARD AIR-LINE RAILWAY <em>v.</em> OLIVER.

FISH, C. J.   There being no complaint that the court erred on the trial, and the evidence warranting the verdict, the refusal of a new trial was not error.                    <em>Judgment affirmed. All the Justices concur.</em>

Argued March 2,—Decided March 28, 1906.

Action for damages.  Before Judge Littlejohn.  Webster superior court.  June 3, 1905.

*E. A. Hawkins,* for plaintiff in error.  *James Taylor,* contra.